**Danny J. Horen, Esq.**
Managing Associate
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: 800-400-6808, ext. 7

*Attorney for Plaintiff Darrell L. Dawkins*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL L. DAWKINS,, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN EXPRESS, CAPITAL ONE BANK (USA), NA., DISCOVER BANK, WELLS FARGO FINANCIAL NEVADA, INC., and EQUIFAX INFORMATION SERVICES LLC., <br> Defendants. | Case No. 2:15-cv-00641-APG-CWH <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR EQUIFAX INFORMATION SERVICES LLC TO FILE ITS ANSWER** <br><br> (First Request) |

Pursuant to LR 6-2, Plaintiff moves that Defendant Equifax Information Services LLC's ("Equifax") time to answer, move or otherwise respond to the Complaint in this action is extended through and including September 10, 2015.  Equifax does not oppose the motion.

This motion is filed in good faith and not intended to cause delay.

Respectfully submitted this 25th day of August 2015.

IT IS SO ORDERED.

DATED: August 26, 2015

_____
United States Magistrate Judge

/s/  Danny J. Horen_____
Danny J. Horen
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV
Tel:  800-400-6808, ext. 7
Fax: 800-520-5523
Email:  danny@kazlg.com
Attorneys for PLAINTIFF

-1-