Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL L. DAWKINS, | Case No.: 2:15-cv-00641-APG-CWH |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL OF CAPITAL ONE BANK (USA), N.A. |
| v. | |
| AMERICAN EXPRESS, CAPITAL ONE BANK (USA), NA., DISCOVER BANK, WELLS FARGO FINANCIAL NEVADA, INC., and EQUIFAX INFORMATION SERVICES, LLC., | ORDER |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DARRELL DAWKINS ("Plaintiff") voluntarily dismisses the claims Defendant **CAPITAL ONE BANK (USA), N.A.** ("Capital One") in the above-captioned matter, **with prejudice**. Each party will bear its own costs, disbursements, and attorney fees.

Dated: September 5, 2015

KAZEROUNI LAW GROUP

/s/ Danny J. Horen
Danny Horen, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
800-400-6808
Email: danny@kazlg.com
Attorney for Plaintiff

## ORDER

**IT IS SO ORDERED.**

Dated:  September 8, 2015.

_____
UNITED STATES DISTRICT JUDGE

2