**Danny J. Horen, Esq.**
Managing Associate
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: 800-400-6808, ext. 7

*Attorney for Plaintiff Darrell L. Dawkins*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL L. DAWKINS,, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN EXPRESS, CAPITAL ONE BANK (USA), NA., DISCOVER BANK, WELLS FARGO FINANCIAL NEVADA, INC., and EQUIFAX INFORMATION SERVICES LLC., <br> Defendants. | Case No. 2:15-cv-00641-APG-CWH <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME FOR EQUIFAX INFORMATION SERVICES LLC TO FILE ITS ANSWER** <br><br> (Second Request) |

Pursuant to LR 6-2, Plaintiff moves that Defendant Equifax Information Services LLC's ("Equifax") time to answer, move or otherwise respond to the Complaint in this action is extended through and including October 1, 2015.  Equifax does not oppose the motion.

This motion is filed in good faith and not intended to cause delay.

Respectfully submitted this 10th day of September 2015.

_____
Danny J. Horen
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV
Email:  danny@kazlg.com
Attorneys for PLAINTIFF

IT IS SO ORDERED.
DATED: September 10, 2015

_____
United States Magistrate Judge

-1-