Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 350
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL L. DAWKINS, | **Case No.:** 2:15-cv-00641-APG-CWH |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL OF AMERICAN EXPRESS** |
| v. | |
| AMERICAN EXPRESS, CAPITAL ONE BANK (USA) N.A., DISCOVER BANK, WELLS FARGO FINANCIAL NEVADA, INC., and EQUIFAX INFORMATION SERVICES, LLC, | **ORDER** |
| Defendants. | |

///

///

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff DARRELL L. DAWKINS ("Plaintiff") voluntarily dismisses the claims Defendant **AMERICAN EXPRESS** ("AMEX") in the above-captioned matter, **with prejudice**. Each party will bear its own costs, disbursements, and attorney fees.

Dated: October 20, 2015

KAZEROUNI LAW GROUP

 /s/ Danny J. Horen _____
Danny Horen, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
800-400-6808
Email: danny@kazlg.com
Attorney for Plaintiff

**ORDER**

**IT IS SO ORDERED.**

Dated: October 21, 2015.

_____
UNITED STATES DISTRICT JUDGE

2