1   Jeffrey Willis, Esq.
    Nevada Bar No. 4797
2   Karl O. Riley, Esq.
    Nevada Bar No. 12077
3   SNELL & WILMER L.L.P.
    3883 Howard Hughes Parkway, Suite 1100
4   Las Vegas, NV  89169
    Telephone (702) 784-5200
5   Facsimile (702) 784-5252
    Email: jwillis@swlaw.com
6            kriley@swlaw.com

7   *Attorneys for Defendant Wells Fargo
    Financial Nevada, Inc.*

8                    **UNITED STATES DISTRICT COURT**

9                         **DISTRICT OF NEVADA**

10

11  DARRELL L. DAWKINS,                    Case No. 2:15-cv-00641-APG-CWH
                                           (Consolidation pending with Case No.
12              Plaintiff,                 2:15-cv-00650-RFB-PAL)

13  vs.                                    **STIPULATION AND ORDER TO
                                           EXTEND TIME TO REPLY**
14  AMERICAN EXPRESS, CAPITAL ONE
    BANK (USA), NA, DISCOVER BANK,         **(SECOND REQUEST)**
15  WELLS FARGO FINANCIAL NEVADA,
    INC., AND EQUIFAX INFORMATION
16  SERVICES, LLC.,

17              Defendants.

18          Plaintiff Darrell L. Dawkins ("Plaintiff") and Defendant Wells Fargo Financial Nevada,

19  Inc. ("Wells Fargo," together with Plaintiff, the "Parties"), by and through their respective

20  attorneys, hereby stipulates to extend the time for Wells Fargo to reply to its Motion to Dismiss

21  Plaintiff's Complaint.

22          WHEREAS, on September 28, 2015, Wells Fargo filed a Motion to Consolidate and

23  Motion Dismiss Plaintiff's Complaint [ECF No. 20 and 21];

24          WHEREAS, on October 29, 2015, Plaintiff filed an Opposition to Wells Fargo's Motion

25  to Dismiss [ECF No. 30];

26          WHEREAS, the Parties agreed to further extend Wells Fargo's time to file its Reply in

27  Support of their Motion to Dismiss to December 11, 2015;

28  ///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200

WHEREAS this request is not made for purposes of delay and is supported by good cause;

NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

1.      Wells Fargo will file its Reply in Support of its Motion to Dismiss on or before December 11, 2015.

**IT IS SO STIPULATED.**

DATED this 23rd day of November, 2015.        DATED this 23rd day of November, 2015.

SNELL & WILMER L.L.P.

By: /s/ Danny J. Horen                          By: /s/ Karl O. Riley
    Danny J. Horen, Esq.                             Jeffrey Willis, Esq.
    Nevada Bar No. 13153                             Nevada Bar No. 4797
    KAZEROUNI LAW GROUP, APC                         Karl O. Riley, Esq.
    7854 W. Sahara Avenue                            Nevada Bar No. 12077
    Las Vegas, Nevada 89117                          3883 Howard Hughes Parkway, Suite 1100
    Tel: (702) 485-3300                              Las Vegas, Nevada 89169
                                                     Tel: (702) 784-5200
    David H. Krieger
    Nevada Bar No. 9086                              *Attorneys for Defendant Wells Fargo*
    HAINES & KRIEGER, LLC                            *Financial Nevada, Inc.*
    8985 S. Eastern Avenue
    Henderson, NV 89123
    Tel: (702) 880-5554


    *Attorneys for Plaintiff*


## <u>ORDER</u>

**IT IS ORDERED THAT** Wells Fargo shall file its Reply in Support of their Motion to Dismiss on or before December 11, 2015.

**IT IS SO ORDERED.**

Dated:  November 23, 2015.

_____
UNITED STATES DISTRICT JUDGE

22930559.2