Michael Kind, Esq.
NV Bar No. 13903
**KAZEROUNI LAW GROUP, APC**
7854 W. Sahara Avenue
Las Vegas, NV 89117
Phone: (800) 400-6808 x7
FAX: (800) 520-5523
mkind@kazlg.com

David H. Krieger, Esq.
NV Bar No. 9086
**HAINES & KRIEGER, LLC**
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DARRELL DAWKINS,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN EXPRESS, CAPITAL ONE BANK (USA) N.A., DISCOVERY BANK, WELLS FARGO FINANCIAL NEVADA, INC., EQUIFAX INFORMATION SERVICES, LLC AND EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendants. | Case No.: 2:15-cv-00641-APG-CWH<br>Member: 2:15-cv-00650-RFB-PAL<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br><br>**ORDER** |

KAZEROUNI LAW GROUP, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Reina Darrell Dawkins ("Plaintiff") and Experian Information Solutions, Inc. ("Experian") stipulate to dismiss with prejudice Plaintiff's claims against Experian only, in this matter.  Each party will bear its own costs, disbursements, and attorney fees.

DATED this 12th day of May 2016.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Michael Kind
Michael Kind, Esq.
7854 W. Sahara Avenue
Las Vegas, NV 89117
*Attorneys for Plaintiff*

**Snell & Wilmer LLP**

By: /s/  V. R. Bohman
Bob L. Olson, Esq.
Charles E Gianelloni, Esq.
V. R. Bohman, Esq.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorney for Defendant Experian Information Solutions, Inc.*

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 13, 2016